UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIKA PARKER, | No. 2:16-cv-2140-TLN-AC |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| DISTRICT ATTORNEY'S OFFICE OF SACRAMENTO, | |
| Defendant. | |

On November 1, 2016, this Court dismissed Plaintiff's complaint. ECF No. 7. Plaintiff was given 30 days to file an amended complaint. Id. The Court attempted to serve its Order on Plaintiff and it was returned as undeliverable. On November 9, 2016, the Court made a docket entry that Plaintiff needed to file a Notice of Change of Address by January 17, 2017. The 30 day deadline to file an amended complaint has long since passed, as has the deadline for filling a Notice of Change of Address. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall show cause, within 14 days why this case should not be dismissed for failure to prosecute.

DATED: June 7, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE